Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff
PENNY ANZALONE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY ANZALONE,<br><br>    Plaintiff,<br><br>      v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:26-cv-01194-DMC<br><br>STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF; ORDER |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended fourteen (14) days from the original deadline such that Plaintiff's new deadline, with the Court's approval, will be July 2, 2026. This is Plaintiff's first request for an extension of time and is sought because Plaintiff's counsel needs additional time to prepare Plaintiff's dispositive motion due to scheduling conflicts in separate matters. With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: June 17, 2026                          Respectfully submitted,

                                                 /s/ *Jared Walker*
                                               Jared Walker,
                                               Attorney for Plaintiff

SO STIPULATED:

ERIC GRANT
United States Attorney


Dated: June 17, 2026                    By:    /s/ *Margaret Branick-Abilla
                                               (*authorized by email on 06/17/2026)
                                               MARGARET BRANICK-ABILLA
                                               Special Assistant United States Attorney
                                               Attorneys for Defendant


ORDER


APPROVED AND SO ORDERED:


Dated:  June 22, 2026

                                               _____
                                               DENNIS M. COTA
                                               UNITED STATES MAGISTRATE JUDGE

-2-
STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF